JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker | Case No.  CV 19-04109-AB (SKx) |
|      Plaintiff, | |
| | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Macculloch Partners LP et al | |
|      Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 12, 2019

                                      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE